865 F.2d 1262
 Woodliff (Lewis A.), Williams (Joseph, Jr.), Haughie (Robert
D.), Knick (Frederick), McCoy (Charles), Chambers
(Henry), Williams (James)
v.
Collins (George H.), Lally (Robert J.), Correctional
Officers and Classification Officer, Maryland Penitentiary,
Sachs (Stephen H.), Smith (Bernard D.), Hopkins (Arnold),
Guenze (Clarence J.), Anderson (William), Sgt. Hands,
Peguese, Brown, Shahinian, Lt. Thomas, Hall (P.), Galley
(J.P.), Dorsey (L.H.), Schupple (P.P.), Noel
 NO. 87-7294
 United States Court of Appeals,
Fourth Circuit.
 JAN 09, 1989
 
 1
 Appeal From: D.Md.
 
 
 2
 AFFIRMED.